UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-14065-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ANTHONY MARK ROGERS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on January 22, 2013. A Report and Recommendation was filed on January 24, 2013, (D.E.#110), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

    **ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count Four of the Superseding Indictment, which charges the Defendant with using, carrying, and possessing a firearm (brandishing) in furtherance of a crime of violence, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and (2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of February, 2013.

                                                   JOSE E. MARTINEZ
                                                 UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office